UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-2628 CAS (AGRx) | Date | June 25, 2012 |
|---|---|---|---|
| Title | ALICE HIRSCH; ET AL. v. ONEWEST BANK; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Anne Kielwasser | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants |
| Jeff Neiderman | | Not Present |

**Proceedings:**      **PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW** (filed 5/21/2012)

## I. INTRODUCTION

On May 21, 2012, the law firm of Schwarcz, Rimberg, Boyd & Rader, LLP ("SRBR"), counsel of record for plaintiffs Alice and Nathan Hirsch in the above-captioned complaint, filed the instant motion to withdraw as counsel for plaintiffs. Defendants did not file an opposition to the motion.

Local Rule 83-2.9.2.1 allows an attorney to withdraw as counsel only upon leave of court. If withdrawal will cause delay in the case, the court will not allow the attorney to withdraw unless "good cause is shown and the ends of justice require [such relief]." L.R. 83-2.9.2.4. If a motion to withdrawal is granted, the affected parties generally may proceed pro se. L.R. 83-2.9.2.3. However, in a putative class action such as this, plaintiffs are not permitted to proceed pro se. E.g., Claiborne v. Cty of Los Angeles, 158 Fed. Appx. 853, 853 (9th Cir. 2005); C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987); McShane v. United States, 366 F.2d 286, 287–88 (9th Cir. 1966).

SRBR asserts that there has been an "irreparable breakdown" in communication between plaintiffs and counsel. Declaration of Jeff D. Neiderman, ¶ 5. SRBR also contends that its withdrawal will not prejudice defendant because defendant has not responded to the complaint, written discovery has not yet occurred between the parties, the Court has not set a scheduling order, and no trial date has been scheduled. Id. ¶ 7.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-2628 CAS (AGRx) | Date | June 25, 2012 |
|---|---|---|---|
| Title | ALICE HIRSCH; ET AL. v. ONEWEST BANK; ET AL. | | |

The Court concludes that counsel has made a sufficient showing of good cause, and thus GRANTS SRBR's motion to be relieved. Counsel is hereby ordered to provide defendant with notice of this order in accordance with Local Rule 83-2.9.2.3. Counsel shall attach a copy of this order to its notice, and shall otherwise comply with all applicable rules of professional responsibility. Because plaintiffs may not proceed pro se in a putative class action, they shall have **thirty (30)** days from the date of this order to obtain new counsel. Failure to do so will result in dismissal of this action with prejudice.

IT IS SO ORDERED.

|  |  | 00 | : | 03 |
|---|---|---|---|---|
|  | Initials of Preparer | | CMJ | |